# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-11534-ELF

ROBERT B. MCCONNELL

108 Bethel Road

Spring City, PA 19475-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROBERT B. MCCONNELL

108 Bethel Road

Spring City, PA 19475-

Counsel for debtor(s), by electronic notice only.

JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Date: 8/12/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee