IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Robert B. McConnell, <br>         Debtor | Chapter 13 <br> Bankruptcy No.: 16-11534-elf |
| Robert B. McConnell, <br>         Plaintiff <br>    v. <br> Bank of America, N.A. <br>         Defendant | AP No.: 16-00254-elf |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Robert B. McConnell and Defendant Bank of America, N.A., by their undersigned counsel, hereby stipulate to the dismissal of this adversary action without prejudice to refile. The Parties further stipulate and agree that this Order of dismissal is entered without prejudice for Plaintiff to reopen this action during the pendency of the above-captioned bankruptcy case.

_____
Joseph Quinn, Esquire
Law Office of Stephen Ross, P.C.
152 E. High Street, Suite 100
Pottstown, PA 19464
T: (610) 323-5300
F: (610) 323-6081
Counsel for Plaintiff-Debtor

11/23/2016
Date

_____
Jerome B. Blank, Esquire
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA, 19103
(215) 563-7000 x 31625
Counsel for Defendant-Creditor

11/23/16
Date


_____
Date

_____
Honorable Eric L. Frank
U.S. Bankruptcy Judge