# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert B. McConnell aka Robert Bruce McConnell dba McConnell`s Refrigeration,<br>    Debtor(s) | Chapter 13 |
| | Case No.: 16-11534-elf |
| Nationstar Mortgage LLC,<br>    Movant, | |
| Robert B. McConnell aka Robert Bruce McConnell dba McConnell`s Refrigeration,<br>    Debtor(s) / Respondent(s) | |
| and<br>William C. Miller,<br>    Trustee / Respondent | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 12/9/16, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 12/26/16.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED:  December 29, 2016

/s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant