## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Robert B. McConnell,          :          Chapter 13
          Debtor                                :          Case No.:  16-11534-elf

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Amended Chapter 13 Plan dated and docketed February 7, 2017 was forwarded to the following parties, as follows:

*Via First Class United States Mail on February 7, 2017:*

Michelle Morris, Bankr. Spec.
Wells Fargo Bank N.A., d/b/a
Wells Fargo Dealer Services
PO Box 19657
Irvine, CA 92623-9657

Victoria Mosby, Bankr. Spec.
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

*Via Electronic Filing (ECF) on February 7, 2017:*

Jerome B. Blank, Esquire on behalf of Bank of America, N.A.
paeb@fedphe.com

Joseph Angeo Dessoye, Esquire on behalf of Bank of America, N.A.
paeb@fedphe.com

Joshua Isaac Goldman, Esquire on behalf of Bank of America, N.A.
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Thomas I. Puleo, Esquire on behalf of Bank of America, N.A.
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

Andrew Spivack, Esquire on behalf of Bank of America, N.A.

paeb@fedphe.com

Matthew Christian Waldt, Esquire on behalf of Nationstar Mortgage LLC
mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:   */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      152 E. High Street, Suite 100
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      JQuinn@SJR-LAW.com

Date:  February 7, 2017         Counsel for Debtor