United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert B. McConnell  
    Debtor

Case No. 16-11534-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Mar 08, 2017  
Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.  
db     +Robert B. McConnell,   108 Bethel Road,   Spring City, PA 19475-3300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:

    ANDREW SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
    JEROME B. BLANK    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com  
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
    JOSEPH L QUINN    on behalf of Debtor Robert B. McConnell CourtNotices@sjr-law.com  
    JOSEPH L QUINN    on behalf of Plaintiff Robert B. McConnell CourtNotices@sjr-law.com  
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
    THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. pa.bkecf@fedphe.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                      TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert B. McConnell
      Debtor(s)                                 Chapter: 13

                                          Bankruptcy No: 16−11534−elf

_____

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 7, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Eric L. Frank
                                                Chief Judge ,
                                                United States Bankruptcy Court

                                                                            63
                                                                 Form 155