IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Robert B. McConnell, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 16-11534-elf |
| _____: | | |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1.   That I am the attorney for Robert B. McConnell, debtor in the above-captioned matter.

2.   That a copy of the Supplemental Application for Compensation filed with the Court on July 7, 2016 along with the Notice of Application and Certificate of Service were timely served on parties in interest on July 7, 2017.

3.   A response deadline to the application was due on or before July 28, 2017.

4.   As of August 2, 2017, no response to said Application has been received.

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn*
     Joseph L. Quinn, Esquire
     Attorney for Debtors
     Attorney I.D. No. 307467
     Law Office of Stephen Ross, P.C.
     152 E. High Street, Suite 100
     Pottstown, PA 19464
     Ph: (610) 323-5300

Dated: August 2, 2017