## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert B. McConnell aka Robert Bruce McConnell dba McConnell's Refrigeration<br>                                        Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>                        Movant<br>            vs. | NO. 16-11534 ELF |
| Robert B. McConnell aka Robert Bruce McConnell dba McConnell's Refrigeration<br>                                        Debtor(s) | |
| William C. Miller Esq.<br>                        Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 23rd day of May, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: he Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1499 Old Schuykill Road, Spring City, PA 19475 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**