# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-11534-ELF

ROBERT B. MCCONNELL

108 BETHEL ROAD

SPRING CITY, PA 19475-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ROBERT B. MCCONNELL

  108 BETHEL ROAD

  SPRING CITY, PA 19475-

Counsel for debtor(s), by electronic notice only.

  JOSEPH L QUINN
  152 E HIGH ST
  SUITE 100
  POTTSTOWN, PA 19464-

Date: 7/31/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee