United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11534-elf
Robert B. McConnell                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda            Page 1 of 2              Date Rcvd: Sep 05, 2018
                              Form ID: pdf900        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
```
db         +Robert B. McConnell,    108 Bethel Road,    Spring City, PA 19475-3300
cr          BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
13769111    BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
13686604   +Bank of America, N.A. (Claim No. 19),    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
             Simi Valley, CA 93062-5170
13686605   +Bank of America, N.A. (Claim No. 20),    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
             Simi Valley, CA 93062-5170
13686606   +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13686608   +Ccs/bryant State Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13686610   +Curt Hartz,    1499 Old Schuylkill Road,    Spring City, PA 19475-8627
13686609  ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
           (address filed with court:  Ccs/first Savings Bank,     500 E 60th St N,    Sioux Falls, SD 57104)
13686612   +First Data,    1307 Walt Whitman Rd,    Melville, NY 11747-4819
13686616   +Integrated Leasing,    734 Walt Whitman Road,    Melville, NY 11747-2216
13686618    Keystone Collections Group,    PO Box 529,    Irwin, PA 15642-0529
13744542   +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13910045  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
           (address filed with court:  Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
             PO Box 619096,    Dallas, TX 75261-9741)
13686620   +Nationstar Mortgage LLC (Claim No. 18),    Attn: Bankruptcy,    350 Highland Dr,
             Lewisville, TX 75067-4177
13686622    Pennsylvania Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
13686623    Phoenixville Hospital,    PO Box 504060,    Saint Louis, MO 63150-0001
13686624   +ProCo,    PO Box 2462,    Aston, PA 19014-0462
13686625   +Shaun & Samone Smith,    414 N. York Street,    Pottstown, PA 19464-5254
13686626    Solomon, Sherman & Gabay,    1628 John F. Kennedy Blvd, Suite 2200,
             Philadelphia, PA 19103-2105
13686628   +Wells Fargo Bank N.A., d/b/a Wells Fargo,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
13707131    Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,     P.O. Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Sep 06 2018 02:02:09      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 06 2018 02:02:05      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13688626    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2018 02:19:21
             American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
             Oklahoma City, OK  73124-8838
13766978   +E-mail/Text: bncmail@w-legal.com Sep 06 2018 02:02:04      CERASTES, LLC,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13686607   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:06:00      Capital One,
             Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13697643    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:06:00
             Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13686611   +E-mail/Text: bknotice@ercbpo.com Sep 06 2018 02:02:03      Enhanced Recovery Corp,
             Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13686614    E-mail/Text: ally@ebn.phinsolutions.com Sep 06 2018 02:01:48      G M A C,    Po Box 12699,
             Glendale, AZ 85318
13686615   +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:05:55      Gemb/walmart,    Attn: Bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
13686617   +E-mail/Text: cio.bncmail@irs.gov Sep 06 2018 02:01:50      Internal Revenue Service,
             600 Arch Street, RM 5200,    Philadelphia, PA 19106-1611
13754984    E-mail/Text: bkr@cardworks.com Sep 06 2018 02:01:48      MERRICK BANK,
             Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13686619   +E-mail/Text: bkr@cardworks.com Sep 06 2018 02:01:48      Merrick Bk,    Attn: Bankruptcy,
             P.O. Box 9201,    Old Bethpage, NY 11804-9001
13686621   +E-mail/Text: bankruptcy@ondeck.com Sep 06 2018 02:02:18      OnDeck,    Client Services Center,
             901 North Stuart Street, Suite 700,    Arlington, VA 22203-4129
13727571    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2018 02:01:56
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg PA 17128-0946
13693752    E-mail/Text: appebnmailbox@sprint.com Sep 06 2018 02:02:02      Sprint Corp.,
             Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13686627    E-mail/Text: appebnmailbox@sprint.com Sep 06 2018 02:02:01      Sprint,    PO Box 105243,
             Atlanta, GA 30348-5243
                                                                                              TOTAL: 16
```

          ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****

```
District/off: 0313-2            User: Linda                 Page 2 of 2                  Date Rcvd: Sep 05, 2018
                                Form ID: pdf900             Total Noticed: 38

smg*              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA   17128-0946
cr*               BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL   33631-3785
13686613*        ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                  (address filed with court:   Fsb Blaze,    5501 S Broadband Ln,    Sioux Falls, SD 57108)
13757161*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court:   Nationstar Mortgage, LLC,    P.O. Box 619096,
                   Dallas, TX 75261-9741)
13757162*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court:   Nationstar Mortgage, LLC,    P.O. Box 619096,
                   Dallas, TX 75261-9741)
                                                                                            TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Debtor Robert B. McConnell CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Plaintiff Robert B. McConnell CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 15
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT B. MCCONNELL                                Chapter 13

                    Debtor              Bankruptcy No. 16-11534-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: September 5, 2018**        _____
                                    Eric L. Frank
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-


Debtor:
ROBERT B. MCCONNELL

108 BETHEL ROAD

SPRING CITY, PA 19475-